# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | CRIM. NO: 7:07-CR-21-HL |
| : | |
| DANIEL LECCESE, SR.,: | |
| Defendant.: | |

## ORDER GRANTING MOTION TO UNSEAL

The United States of America having moved by Motion to Unseal the plea agreement in the above-referenced case, the same having been read and considered, it is hereby GRANTED. The clerk is directed to unseal the plea agreement of the above-mentioned defendant.

SO ORDERED this 7th day of December, 2009.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE